

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00129-CR

---

PAUL DOUGLAS WETZEL                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
TRIAL COURT NO. 1405190W

----------

## MEMORANDUM OPINION[1]

----------

Appellant Paul Douglas Wetzel pled guilty to theft under $1,500 with two prior theft convictions, a state jail felony,[2] and judicially confessed in exchange for six months' confinement in a state jail facility. The trial court followed the plea

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. Penal Code Ann. § 31.03(e)(4)(D) (West Supp. 2014).

bargain, convicted Appellant of the offense, and sentenced him to six months' confinement.

The trial court's certification states that the case was plea-bargained and that Appellant has no right of appeal.  Accordingly, we informed Appellant by letter that this case could be dismissed unless he or any party desiring to continue the appeal showed grounds for continuing it.[3]  We did not receive a response.

Accordingly, we dismiss this appeal.[4]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  June 4, 2015

---

[3]*See* Tex. R. App. P. 25.2(a)(2), (d).

[4]*See* Tex. R. App. P. 25.2(d), 43.2(f).